NUMBER 13-04-00662-CR

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
___________________________________________________________________
 
                               IN RE: ROLAND CASAREZ
__________________________________________________________________

On Petition for Writ of Mandamus
___________________________________________________________________

MEMORANDUM OPINION

Before Chief Justice Valdez and Justices Rodriguez and Garza 
Per Curiam Memorandum Opinion




         Relator, Ricardo Garcia, filed a petition for writ of mandamus in the above cause
on December 15, 2004. On February 10, 2004, relator was found guilty of burglary
of a habitation and aggravated robbery and sentenced to five years in the Texas
Department of Criminal Justice on count one and ten years on count two. On
February 12, 2004, relator's court-appointed attorney filed a notice of appeal in the
trial court. See Tex. R. App. P. 25.2 (c). The trial court clerk did not, however,
forward relator's notice of appeal to this Court until December 21, 2004. See id. rule
25.2(e). Relator's appeal, cause number 13-04-675, is now before this Court.
         Mandamus relief is appropriate only to correct a clear abuse of discretion or the
violation of a duty imposed by law, and when there is no adequate appellate remedy. 
CSR Ltd. v. Link, 925 S.W.2d 591, 596 (Tex. 1996) (orig. proceeding); Walker v.
Packer, 827 S.W.2d 833, 839 (Tex. 1992) (orig. proceeding). Accordingly, having
examined and fully considered relator's petition for writ of mandamus and having
noted relator's appeal is now on file in this Court, we are of the opinion that relator
has not shown himself entitled to the relief sought. Accordingly, relator's petition for
writ of mandamus filed on December 15, 2004, is DENIED. See Tex. R. App. P.
52.8(a).
                                                                                 PER CURIAM
Do not publish.
Tex. R. App. P. 47.2(b).

Memorandum Opinion delivered and filed
this 21st day of December, 2004.